*E-Filed 9/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KABUSHIKI KAISHA STONE CORPORATION,

    Plaintiff,

v.

AFFLICTION, INC. et al,

    Defendants.

_____/

No. C 09-2742 RS

**ORDER SETTING CONSENT/DECLINATION DEADLINE**

Defendants have filed a motion to dismiss or transfer, docket [9], in the above-captioned matter. This motion is noticed for hearing on October 21, 2009, at 9:30 a.m. In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than September 25, 2009.

IT IS SO ORDERED.

Dated:

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

1

No. C 09-2742 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE