*E-Filed 9/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KABUSHIKI KAISHA STONE CORPORATION,<br><br>   Plaintiff,<br>v.<br><br>AFFLICTION, INC. et al,<br><br>   Defendants.<br>_____/ | **No. C 09-2742  RS**<br><br>**ORDER SETTING CONSENT/DECLINATION DEADLINE** |

Defendants have filed a motion to dismiss or transfer, docket [9], in the above-captioned matter. This motion is noticed for hearing on October 21, 2009, at 9:30 a.m. In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than September 25, 2009.

IT IS SO ORDERED.

Dated: 9/15/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE